UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS BILSKY,

       Plaintiff,                     Case Number 15-10247
                                              Honorable David M. Lawson

v.

MRS ASSOCIATES d/b/a MRS BPO, LLC,

       Defendant.

_____/

## ORDER DISMISSING CASE

On April 17, 2015, the parties notified the Court that they have settled the case.

Accordingly, it is **ORDERED** that the plaintiff's complaint [dkt. #1] is **DISMISSED WITH PREJUDICE** and without costs or attorney fees to either party. Any party may apply to reopen the matter to enforce the settlement **on or before May 20, 2015.**

                                              s/David M. Lawson
                                              DAVID M. LAWSON
Dated: April 20, 2015                  United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 20, 2015.

                              s/Susan Pinkowski
                              SUSAN PINKOWSKI